# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

CREATE-A-PACK FOODS, INC.
        Plaintiff,

      v.                                            Case No. 20-CV-499

BATTERLICIOUS COOKIE DOUGH,
CLAUDIA G. LEVY, and
STEPHEN G. LEVY,
        Defendants.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Create-A-Pack Foods, Inc. and against the defendant Batterlicious Cookie Dough Company, Claudia G. Levy, and Stephen G. Levy in the amount of $436,997.59.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Create-A-Pack Foods, Inc. and against the defendant Batterlicious Cookie Dough Company with respect to Batterlicious Cookie Dough Company's counterclaim under Wisconsin Statute § 100.18.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and decisions have been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Create-A-Pack Foods, Inc. and against the defendants Batterlicious Cookie Dough Company, Claudia G. Levy, and Stephen G. Levy in the amount of $132,200.36 plus service charges of 2% per month from the date of each invoice to the date of payment. (*See* ECF No. 61.)

**IT IS FURTHER ORDERED AND ADJUDGED** that the counterclaims of Batterlicious Cookie Dough Company, Claudia G. Levy, and Stephen G. Levy for breach of contract, breach of the duty of good faith and fair dealing, negligent misrepresentation, and strict responsibility misrepresentation are dismissed. (*See* ECF Nos. 61, 84.)

**IT IS FURTHER ORDERED AND ADJUDGED** that the counterclaim of Claudia G. Levy and Stephen G. Levy under Wisconsin Statute § 100.18 is dismissed. (*See* ECF No. 98.)

This action is hereby **TERMINATED**.

Date: June 20, 2023

                                        Gina M. Colletti, Clerk of Court
                                        EASTERN DISTRICT OF WISCONSIN
                                        (By) Deputy Clerk, s/D. Olszewski
                                        Approved this 20th day of June, 2023.

*[Signature: William E. Duffin]*